| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ROSS K. NAUGHTON<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

JAN 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) CASE NO.
                                    )
                 Plaintiff,         )
                                    ) SEALING ORDER
         v.                         )
                                    ) 2:16-MJ-0015  KJN
DAVID GUEVARA-PIMENTEL.             )
                                    )
                                    ) **SEALED**
                                    )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: January 21, 2016

_____
KENDALL J. NEWMAN
United States Magistrate Judge