BENJAMIN B. WAGNER
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00021-TLN |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID GUEVARA-PIMENTEL, | DATE: April 7, 2016 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 7, 2016.

2. By this stipulation, defendant now moves to continue the status conference until May 26, 2016, at 9:30 a.m., and to exclude time between April 7, 2016, and May 26, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 21 compact discs containing numerous video files and audio files; approximately 90 pages of investigative reports, which include numerous photographs and text messages; and many items of real evidence, including alleged firearms and narcotics. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

   b)   Counsel for defendant desires additional time to consult with his client; to review the current charges; to conduct investigation and research related to the charges; to review the discovery for this matter, including real evidence; to discuss potential resolutions with his client; and to otherwise prepare for trial.

   c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)   The government does not object to the continuance.

   e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2016 to May 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Remainder of page blank*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 4, 2016                                              BENJAMIN B. WAGNER
                                                                                 United States Attorney

                                                                                 /s/ ROSS K. NAUGHTON
                                                                                 ROSS K. NAUGHTON
                                                                                 Assistant United States Attorney


Dated:  April 4, 2016                                              /s/ MATTHEW C. BOCKMON
                                                                                 MATTHEW C. BOCKMON
                                                                                 Counsel for Defendant
                                                                                 DAVID GUEVARA-
                                                                                 PIMENTEL


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of April, 2016.

                                                                                 Troy L. Nunley
                                                                                 United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3