PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GUEVARA-PIMENTEL,<br><br>Defendant. | CASE NO. 2:16-CR-00021-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 4, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 4, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until November 3, 2016, at 9:30 a.m., and to exclude time between August 4, 2016, and November 3, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery associated with this case includes approximately 21 compact discs containing numerous video files and audio files; approximately 90 pages of investigative reports, which include numerous photographs and text messages; and many items of real evidence, including alleged firearms and narcotics. All of this

1  discovery has been either produced directly to counsel and/or made available for inspection and
2  copying.

3        b)      Counsel for defendant desires additional time to consult with his client; to review
4  the current charges; to conduct investigation and research related to the charges; to review the
5  discovery for this matter, including real evidence; to discuss potential resolutions with his client;
6  and to otherwise prepare for trial.

7        c)      Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him/her the reasonable time necessary for effective preparation, taking
9  into account the exercise of due diligence.

10        d)      The government does not object to the continuance.

11        e)      Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendant in a trial within the
13  original date prescribed by the Speedy Trial Act.

14        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of August 4, 2016 to November 3,
16  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17  T4] because it results from a continuance granted by the Court at defendant's request on the basis
18  of the Court's finding that the ends of justice served by taking such action outweigh the best
19  interest of the public and the defendant in a speedy trial.

20  [*Rest of page blank*.]

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 2, 2016                    PHILLIP A. TALBERT
                                                            Acting United States Attorney

                                                            /s/ ROSS K. NAUGHTON
                                                            ROSS K. NAUGHTON
                                                           Assistant United States Attorney

Dated:  August 2, 2016                    /s/ THOMAS A. JOHNSON
                                                            THOMAS A. JOHNSON
                                                           Counsel for Defendant
                                                           DAVID GUEVARA-PIMENTEL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of August, 2016.

_____
Troy L. Nunley
United States District Judge