| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| | KRISTY M. KELLOGG, #271250 |
| 2 | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 1620 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 422-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00021-TLN |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER |
| v. | |
| DAVID GUEVARA-PIMENTEL, | Date: February 22, 2018 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 11, 2018, is continued to February 22, 2018, at 9:30 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Timothy Delgado, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | February 22, 2018 |
| Reply or Statement | February 15, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | February 8, 2018 |

1

| | | |
|---|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | | January 25, 2018 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | January 18, 2018 |
| The draft Pre- Sentence Report shall be delivered to the parties no later than: | | January 11, 2018 |

**IT IS SO STIPULATED.**

DATED: November 15, 2017     By:    /s/ Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for David Guevara-Pimentel

DATED: November 15, 2017           PHILLIP A. TALBERT
                                                   United States Attorney

                                    By:    /s/ Timothy Delgado
                                                   TIMOTHY DELGADO
                                                   Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 15, 2017

                                                   Troy L. Nunley
                                                   United States District Judge