ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>DAVID GUEVARA-PIMENTEL,<br><br>     Defendant. | CASE NO. 2:16-CR-00021-TLN<br><br>**STIPULATION TO VACATE EVIDENTIARY HEARING ON TSR VIOLATION AND SET STATUS CONFERENCE; ORDER**<br><br>CURRENT DATE: September 3, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

  Plaintiff United States of America, by and through its counsel of record, and defendant, David Guevara-Pimentel, by and through defendant's counsel of record, hereby stipulate as follows:

  1.  On February 19, 2025, Probation filed a Petition for Warrant or Summons for Person Under Supervision. *See* ECF No. 50.

  2.  The Petition alleged a New Law Violation (Charge 1) originating from a domestic violence incident occurring on or about February 14, 2025, out of Yuba City, CA. The matter is being prosecuted by the Sutter County District Attorney's Office in Sutter County Superior Court.

  3.  On April 22, 2025, Guevara-Pimentel made his initial appearance. *See* ECF No. 54. Following a detention hearing, Magistrate Judge Jeremy D. Peterson ordered Guevara-Pimentel detained. *Id.*

4.      By previous order, this matter was set for an evidentiary hearing on the TSR Violation on September 3, 2025, at 9:00 a.m.  *See* ECF No. 57.

5.      By this stipulation the parties now move to vacate the currently scheduled evidentiary hearing set for September 3, 2025, and set the matter for a status conference on January 15, 2026, at 9:30 a.m. to allow for the state proceedings to advance.

6.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for the defendant and the government agree that in the interest of judicial efficiency and to avoid duplicative proceedings or witness conflicts, Guevara-Pimentel should be transferred back to state custody to allow the state prosecution to proceed before the federal supervised release matter is adjudicated.

b)      Counsel for the government confirmed that the assigned United States Probation Officer has no objection to vacating the evidentiary hearing or to transferring Guevara-Pimentel back to state custody to allow resolution of the state case before proceeding with the federal matter.

c)      The parties submit that this stipulation serves the interests of justice and conserves judicial and prosecutorial resources by avoiding potential conflicts between state and federal proceedings related to the same conduct.

7.      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  August 29, 2025

ERIC GRANT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated:  August 29, 2025

/s/ TAMMY SOLOMAN
TAMMY SOLOMAN
Counsel for Defendant
DAVID GUEVARA-PIMENTEL

1

## ORDER

2      IT IS SO FOUND AND ORDERED this 29th day of August, 2025.

3

4

5

6      _____
       Troy L. Nunley
7      Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Vacate Evidentiary Hearing
on TSR Violation and Set Status Conference