ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00021-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID GUEVARA-PIMENTEL, | CURRENT DATE: January 15, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, David Guevara-Pimentel, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 19, 2025, Probation filed a Petition for Warrant or Summons for Person Under Supervision. *See* ECF No. 50.

2. The Petition alleged a New Law Violation (Charge 1) originating from a domestic violence incident occurring on or about February 14, 2025, out of Yuba City, CA. The matter is being prosecuted by the Sutter County District Attorney's Office in Sutter County Superior Court.

3. On April 22, 2025, Guevara-Pimentel made his initial appearance. *See* ECF No. 54. Following a detention hearing, Magistrate Judge Jeremy D. Peterson ordered Guevara-Pimentel detained. *Id*.

4. By previous order, this matter was set for an evidentiary hearing on the TSR Violation on

Stipulation and Order to Continue Status Conference

September 3, 2025, at 9:00 a.m.  *See* ECF No. 57.

5. By previous order, the evidentiary hearing on the TSR Violation set for September 3, 2025, was vacated and set for a status conference on January 15, 2026.  *See* ECF No. 59.

6. By this stipulation the parties now move to continue the currently scheduled status conference set for January 15, 2026, and set the matter for a further status conference on **April 16, 2026, at 9:30 a.m.** to allow for the state proceedings to further advance.

7. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant and the government agree that in the interest of judicial efficiency and to avoid duplicative proceedings or witness conflicts, Guevara-Pimentel should be transferred back to state custody to allow the state prosecution to proceed before the federal supervised release matter is adjudicated.

b) Accordingly, the continuance is jointly requested to allow the State additional time to resolve the pending state matter before federal proceedings continue.

c) Counsel for the government confirmed that the assigned United States Probation Officer has no objection to continuing the status conference.

d) The parties submit that this stipulation serves the interests of justice and conserves judicial and prosecutorial resources by avoiding potential conflicts between state and federal proceedings related to the same conduct.

8. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  January 12, 2026

ERIC GRANT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Stipulation and Order to Continue Status Conference

Dated:  January 12, 2026

/s/ TAMMY SOLOMAN
TAMMY SOLOMAN
Counsel for Defendant
DAVID GUEVARA-PIMENTEL

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January, 2026.

Troy L. Nunley
Chief United States District Judge

Stipulation and Order to Continue Status Conference