ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>          v.<br><br>DAVID GUEVARA-PIMENTEL,<br><br>                 Defendant. | CASE NO.  2:16-CR-00021-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>CURRENT DATE: April 16, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, David Guevara-Pimentel, by and through defendant's counsel of record, hereby stipulate as follows:

1.	On February 19, 2025, Probation filed a Petition for Warrant or Summons for Person Under Supervision.  *See* ECF No. 50.

2.	The Petition alleged a New Law Violation (Charge 1) originating from a domestic violence incident occurring on or about February 14, 2025, out of Yuba City, CA.  The matter was prosecuted by the Sutter County District Attorney's Office in Sutter County Superior Court.

3.	On April 22, 2025, Guevara-Pimentel made his initial appearance.  *See* ECF No. 54. Following a detention hearing, Magistrate Judge Jeremy D. Peterson ordered Guevara-Pimentel detained.  *Id*.

1

4.      By previous order, this matter was set for a status conference on the TSR violation on April 16, 2026, at 9:30 a.m.  *See* ECF No.61.

5.      By this stipulation the parties now move to continue the currently scheduled status conference set for April 16, 2026, and set the matter for a further status conference on **May 7, 2026, at 9:30 a.m.**

6.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has recently been informed that Guevara-Pimentel resolved his state case on April 1, 2026, with the Sutter County District Attorney's Office in Sutter County Superior Court.

b)      While the state case has been resolved, counsel for the defendant requires additional time to meet and confer with her client and further discuss resolution options regarding the federal supervised release violation.

c)      In the interest of judicial efficiency and to avoid duplicative proceedings or witness conflicts, Guevara-Pimentel had previously been transferred into state custody to allow the Sutter County District Attorney's Office to proceed with prosecution before adjudication of the federal supervised release matter.  The government is currently coordinating with the relevant law enforcement personnel to arrange the transfer of Guevara- Pimentel back to federal custody so that the federal supervised release proceedings may commence.

d)      Counsel for the government confirmed that the assigned United States Probation Officer has no objection to continuing the status conference.

///

///

///

///

///

///

///

///

2

7.      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.


Dated:  April 13, 2026                                    ERIC GRANT
                                                         United States Attorney

                                                         /s/ HADDY ABOUZEID
                                                         HADDY ABOUZEID
                                                         Assistant United States Attorney


Dated:  April 13, 2026                                    /s/ TAMMY SOLOMAN
                                                         TAMMY SOLOMAN
                                                         Counsel for Defendant
                                                         DAVID GUEVARA-PIMENTEL

3

**ORDER**

IT IS SO FOUND AND ORDERED this 13ᵗʰ day of April, 2026.

_____
Troy L. Nunley
Chief United States District Judge