UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 11, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

DAVID GUEVARA-PIMENTAL,

Defendant.

Case No.  2:16-CR-00021-01-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID GUEVARA-PIMENTAL,

Case No. 2:16-CR-00021-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):  TIME SERVED.

Issued at Sacramento, California on June 11, 2026.

Troy L. Nunley
Chief United States District Judge